IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SAMUEL C. HINTON, | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION NO. 11-561-CG-N |
| ALABAMA DEPARTMENT OF CORRECTIONS, | : |
| | : |
| Defendant. | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636 and Local Rule 72.1(d) dated December 14, 2011 is **ADOPTED** as the opinion of this court.

**DONE and ORDERED** this 10th day of January, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE